IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TEXARKANA BEHAVIORAL
ASSOCIATES, L.C.     PLAINTIFFS

V.     CASE NO. 08-CV-4031

UNIVERSAL HEALTH SERVICES, INC.     DEFENDANT

## ORDER

    Before the Court is Defendant Universal Health Services, Inc.'s ("UHS") Renewed Motion for Summary Judgment. (Doc. 106). Plaintiff Texarkana Behavioral Associates, L.C. ("TBA") has responded. (Doc. 112). UHS has filed a reply. (Doc. 115). TBA has filed a sur-reply. (Doc. 131). The Court finds the matter ripe for consideration. For the reasons discussed in the Memorandum Opinion of even date, the Court finds that UHS's Renewed Motion for Summary Judgment against TBA should be and hereby is **GRANTED**. TBA's claims against UHS are hereby **DISMISSED WITH PREJUDICE**. All outstanding motions are **DENIED** as moot.

    IT IS SO ORDERED, this 26th day of October, 2010.

                                                    /s/ Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    United States District Judge